### WOLFE *v.* WOLFE.

BECK, J. No errors of law are complained of as having been committed during the trial; and there being sufficient evidence to support the verdict, the judgment refusing a new trial is

*Affirmed. All the Justices concur, except Fish, C. J., absent.*
FEBRUARY 11, 1915.

Alimony. Before Judge Walker. Wilkes superior court. October 31, 1913.

*J. M. Pitner,* for plaintiff in error.

*H. J. Quincey, William Wynne, Colley & Colley,* and *Walter M. Rogers,* contra.